# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**JOHNNIE LEE BURKETT,**

    *Plaintiff,*

v.                                              Case No.: 1:20cv164-MW/GRJ

**ALACHUA COUNTY SHERIFF'S DEPARTMENT, et al.,**

    *Defendants.*

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 7. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, as this Court's opinion. The Clerk shall enter judgment stating, "This action is **DISMISSED** for failure to comply with a court order and failure to prosecute." The Clerk shall close the file.

**SO ORDERED on December 21, 2020.**

                                                          s/Mark E. Walker         
                                                          **Chief United States District Judge**